Kitty J. Lin (Bar # 251851)
LEGAL HELPERS, P.C.
564 Market Street, Suite 300
San Francisco, CA 94104
Telephone: 866-339-1156
Email: kit@legalhelpers.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Ralph Delatorre, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Central Credit Services, Inc.<br><br>Defendant. | Case No. 3:08-cv-02529-EDL<br><br>**APPLICATION TO ENTER DEFAULT** |

To the Clerk of the United States District Court of the Northern District of California:

Please enter the default of Defendant Central Credit Services, Inc. pursuant to Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the Declaration being filed contemporaneously herewith.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Kitty J. Lin*
    Kitty J. Lin (Bar # 251851)
    564 Market Street, Ste. 300
    San Francisco, CA 94104
    Telephone: 866-339-1156
    Email: kit@legalhelpers.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 30, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Central Credit Service Incorporated
9550 Regency Square Blvd Ste 602
Jacksonville, FL 32225

*/s/ Kitty J. Lin*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ralph Delatorre, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Central Credit Services, Inc.<br><br>Defendant. | Case No. 3:08-cv-02529-EDL<br><br><br>DECLARATION IN SUPPORT<br>OF SERVICE |

Richard J. Meier, states as follows:

A copy of the Complaint, along with a Notice of Lawsuit and Request for Waiver of service was mailed to Defendant on May 23, 2008. On June 23, 2008, Paul Whitson, Senior Vice President of Operations for Defendant Central Credit Services, Inc., executed the Waiver of Service. (Docket # 3). More than 60 days have elapsed since Plaintiff mailed the Notice of Lawsuit and Request for Waiver of Service.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Richard J. Meier -- Affiant

Subscribed and sworn before me, a Notary Public this 30TH day of July, 2008.

_____
Notary Public

OFFICIAL SEAL
VIRGINIA URIOSTEGUI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/11