**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                         415.522.2000

August 4, 2008


RE:  RALPH DELATORRE, et al. -v- CENTRAL CREDIT SERVICES, INC.,
       Case No. C-08-2529-EDL


Default is entered as to Defendant Central Credit Services, Inc. on August 4, 2008.




                                                        RICHARD W. WIEKING, Clerk


                                                        by: Thelma Nudo
                                                              Deputy Clerk




NDC TR-4  Rev. 3/89