Natalie P. Vance, Bar No. 206708
KLINEDINST PC
801 K Street, Ste. 2800
Sacramento, California 95814
916.444.7573/FAX 916.444.7544
nvance@klinedinstlaw.com

Attorney for Defendants
CENTRAL CREDIT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH DELATORRE and KIM DELATORRE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, INC.<br><br>Defendant. | Case No: CV-08-2529 EDL<br><br>**STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST CENTRAL CREDIT SERVICES, INC.** |

WHEREAS Plaintiffs Ralph Delatorre and Kim Delatorre ("Plaintiffs") mailed a Waiver of Service to Defendant Central Credit Services, Inc. ("CCS") on May 23, 2008. [DE #4-2].

WHEREAS CCS accepted service on June 23, 2008. [DE #4-2].

WHEREAS CCS has represented to Plaintiff that it believed it had 60 days from June 23, 2008 to answer Plaintiffs' Complaint.

WHEREAS on July 30 Plaintiffs filed an Application to Enter Default [DE #4] and the Clerk entered the default on August 4, 2008. [DE #5].

1207333v1

- 1 -

WHEREAS CCS advised its counsel of the default on August 6, 2008, the date it discovered that a default had been entered.

It is therefore agreed and stipulated by and between Plaintiffs and their counsel and CCS and its counsel, that the default entered against CCS on August 4, 2008 be set aside.

It is further agreed that CCS will file an answer within 20 days of the order setting aside the default judgment.

KLINEDINST PC

Dated: August 8, 2008         By:   /s/ Natalie P. Vance
                                    NATALIE P. VANCE
                                    Attorneys for Defendant
                                    CENTRAL CREDIT SERVICES, INC.


LEGAL HELPERS, P.C.

Dated: August 8, 2008         By:   /s/ Kitty J. Lin
                                    KITTY J. LIN
                                    Attorneys for PLAINTIFFS

# ORDER

Based upon the Stipulation of the parties and good cause appearing, IT IS SO ORDERED that the clerk's default, entered August 4, 2008, against CCS is set aside. CCS shall file an answer within twenty days from the date of this order.

Dated: August 12, 2008



IT IS SO ORDERED
Judge Elizabeth D. Laporte

KLINEDINST PC
801 K STREET, STE. 2800
SACRAMENTO, CALIFORNIA 95814

1207333v1

STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST CENTRAL CREDIT SERVICES, INC.
CASE NO.: 3:08-cv-02529-EDL