Natalie P. Vance, Bar No. 206708
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com

Attorneys for Defendant
CENTRAL CREDIT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DELATORRE and KIM DELATORRE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br><br>　　　　Defendant. | Case No.   CV-08-2529 EDL<br><br>**STIPULATION TO EXTEND DEADLINE FOR RULE 26(A)(1)(a) DISCLOSURES, RULE 26(F) REPORT AND ADR CERTIFICATIONS**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:<br>Magistrate Judge: Hon. Elizabeth D. Laporte<br>Complaint Filed:  May 19, 2008<br>Trial Date:            None set |

　　　　WHEREAS, on July 30, 2008, Plaintiffs Ralph Delatorre and Kim Delatorre ("Plaintiffs") filed an Application to Enter Default against Defendant Central Credit Services, Inc. ("CCS"). [DE #4]. The Clerk entered the default on August 4, 2008. [DE #5].

　　　　WHEREAS, on August 8, 2008, Plaintiffs and CCS agreed by stipulation to set aside the default taken against CCS. Said stipulation was submitted to this Court on or about August 8, 2008. [DE #6].

　　　　WHEREAS, CCS has agreed to file an answer within 20 days of the Order setting aside the default judgment. Said Order was signed by Magistrate Judge Elizabeth D. LaPorte on August 12, 2008. CCS's response to Plaintiffs' Complaint is therefore due August 29, 2008.

- 1 -
STIPULATION TO EXTEND DEADLINE FOR RULE 26(A)(1)(A) DISCLOSURES, RULE 26(F)
REPORT AND ADR CERTIFICATIONS
CV-08-2529 EDL

It is therefore agreed and stipulated by and between Plaintiffs and their counsel and CCS and its counsel, that the deadline for the RULE 26(A)(1)(a) Disclosures, the RULE 26(F) Report and the ADR Certifications be extended by 90 days to November 17, 2008.

KLINEDINST PC

DATED: August 19, 2008

By: /s/ Natalie P. Vance
NATALIE P. VANCE
W. JASON SCOTT
Attorneys for Defendant
CENTRAL CREDIT SERVICES, INC.

LEGAL HELPERS, P.C.

DATED: August 19, 2008

By: /s/ Kitty J. Lin
KITTY J. LIN
Attorneys for Plaintiffs

677954v1

Natalie P. Vance, Bar No. 206708
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com

Attorneys for Defendant
CENTRAL CREDIT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RALPH DELATORRE and KIM DELATORRE,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br><br>Defendant. | Case No.   CV-08-2529 EDL<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES**<br><br>Date<br>Time:<br>Courtroom:<br>Judge:<br>Magistrate Judge: Elizabeth D. Laporte<br>Complaint Filed: May 19, 2008<br>Trial Date:      None set |
|---|---|

Based upon the Stipulation of the parties and good cause appearing,

IT IS SO ORDERED that the deadline for the RULE 26(A)(1)(a) Disclosures, the RULE 26(F) Report and the ADR Certifications be extended by 90 days to November 17, 2008.

DATED: _____   By: _____
ELIZABETH D. LAPORTE
MAGISTRATE JUDGE OF THE U.S.
DISTRICT COURT

678057v1

- 1 -
ORDER GRANTING STIPULATION TO EXTEND DEADLINES
CV-08-2529 EDL