UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ralph Delatorre, et al.

        Plaintiff(s),

   v.

Central Credit Services, Inc.

        Defendant(s).

No. C 08-2529

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 22, 2008

Signature: *Kitty J. Lin /per authority JM*

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")