Natalie P. Vance, Bar No. 206708
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com

Attorneys for Defendant
CENTRAL CREDIT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DELATORRE and KIM DELATORRE,<br><br>    Plaintiffs,<br><br>        v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br><br>    Defendant. | Case No.    CV-08-2529 EDL<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES** AS MODIFIED<br><br>Date<br>Time:<br>Courtroom:<br>Judge:<br>Magistrate Judge:  Elizabeth D. Laporte<br>Complaint Filed:   May 19, 2008<br>Trial Date:          None set |

Based upon the Stipulation of the parties and good cause appearing,

IT IS SO ORDERED that the deadline for the RULE 26(A)(1)(a) Disclosures, the RULE 26(F) Report and the ADR Certifications be extended by 60 ~~90~~ days to ~~November 17, 2008~~ October 21, 2008. The Case Management Conference is continued to October 28, 2008 at 10:00 AM.

DATED: __ August 22, 2008 ____        By: _____

IT IS SO ORDERED
AS MODIFIED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

THE U.S.
DISTRICT

678057v1

- 1 -

KLINEDINST PC
801 K STREET, STE. 2800
SACRAMENTO, CALIFORNIA 95814