Natalie P. Vance, Bar No. 206708
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com

Attorneys for Defendant
CENTRAL CREDIT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DELATORRE and KIM DELATORRE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br><br>　　　　Defendant. | Case No.   CV-08-2529 EDL<br>San Francisco Division<br><br>**DEFENDANT'S CERTIFICATION OF ACCEPTANCE OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE FOR ALL PURPOSES**<br><br>Magistrate Judge: Elizabeth D. Laporte<br>Complaint Filed:　May 19, 2008<br>Trial Date:　　　None set |

COMES NOW DEFENDANT, CENTRAL CREDIT SERVICES, INC., and hereby certifies that they accept Magistrate Judge Elizabeth D. Laporte for all purposes in this action.

　　　　　　　　　　　　　　　　　　　　　　KLINEDINST PC

DATED: August 25, 2008　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　NATALIE P. VANCE
　　　　　　　　　　　　　　　　　　　　　　W. JASON SCOTT
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　CENTRAL CREDIT SERVICES, INC.

679394v1

- 1 -